**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Rodney Jerome MCNABB, a.k.a. Rocky, Defendant–Appellant.**

**No. 09–13302**

**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Dec. 18, 2009.

Chet Kaufman, Randolph P. Murrell, Federal Public Defender, Tallahassee, FL, for Defendant–Appellant.

---

Edwin F. Knight, U.S. Attorney's Office, Pensacola, FL, for Plaintiff–Appellee.

Before CARNES, HULL and ANDERSON, Circuit Judges.

PER CURIAM:

Chet Kaufman, appointed counsel for Rodney Jerome McNabb in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and the district court's denial of McNabb's § 3582(c)(2) motion is **AFFIRMED.**